JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | Case No. CV 14-06378-AB (ASx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| Elias M. Quintereo | |
| Defendants. | |

THE COURT having been advised that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  May 6, 2015                   _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE