# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:14-cv-06378-AB(ASx) |
| Plaintiff, | ) **[PROPOSED] CONSENT JUDGMENT** |
| vs. | ) |
| ELIAS M. QUINTERO AKA ELIAS QUINTERO, | ) |
| Defendant. | ) |

THE COURT, having reviewed the Stipulation for Entry of Consent Judgment between the United States of America ("Plaintiff") on behalf of its agency, the Department of Education, and ELIAS M. QUINTERO AKA ELIAS QUINTERO, defendant herein ("Defendant"), and it appearing that the United

States of America is entitled to entry of a judgment against Defendant, and good cause existing.

IT IS ORDERED, ADJUDGED, AND DECREED that the United States of America shall have judgment against Defendant ELIAS M. QUINTERO AKA ELIAS QUINTERO as follows:

1. As a result of defaulted student loans, Defendant shall pay to the United States the sum of $7,916.20, consisting of the principal balance of $2,568.64; interest accrued to April 29, 2015 of $54,794.70; costs of $96.00 and attorneys fees of $456.86.

2. Each party to this Action shall bear its own costs.

IT IS SO ORDERED.

DATED: May 19, 2015  _____
ANDRÉ BIROTTE JR.
U.S. DISTRICT JUDGE